IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CLARENCE FISHER,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEJANDRO N. MAYORKAS, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | CASE NO. 4:21-cv-338<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

**COMES NOW**, the Plaintiff, Clarence Fisher, by and through his undersigned counsel, and hereby dismisses all claims against Defendant, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

  /s/ Megan Flynn
Megan Flynn AT0010000
COPPOLA, McCONVILLE, CARROLL,
HOCKENBERG & FLYNN, P.C.
2100 Westown Parkway, Suite 210
West Des Moines, Iowa 50265
Telephone: (515) 453-1055
Facsimile:  (515) 453-1059
Email: megan@wdmlawyers.com
ATTORNEYS FOR THE PLAINTIFF

| | |
|---|---|
| *Original e-filed.*<br>*Copy to:*<br><br>David L.D. Faith II<br>Assistant United States Attorneys<br>U.S. Courthouse Annex, Suite 286<br>110 E. Court A venue<br>Des Moines, Iowa 50309<br>david.faith@usdoj.gov<br>ATTORNEYS FOR DEFENDANTS | **CERTIFICATE OF SERVICE**<br>The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action on April 28, 2022, by:<br><br>By: ☐ U.S. Mail       ☐ Fax<br>     ☐ Hand delivery    ☐ Private Carrier<br>     ☒ Electronically (*via ECF*)  ☐ E-mail<br><br>Signature: /s/ Megan Flynn |